UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REBECA M. RIVERA,

                  Plaintiff,

-against-                       24-CV-7882 (LTS)

ALENNA MERRITT,                ORDER OF DISMISSAL

                  Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 11, 2025, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:   October 23, 2025
           New York, New York

                                        /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                        Chief United States District Judge